## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARC HARRIS,** | : | |
| Petitioner | : | No. 1: 14-cv-02280 |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Saporito)** |
| **S. SPAULDING, Warden,** | : | |
| Respondent | : | |

### ORDER

Before the Court in the above-captioned case is the September 20, 2016 Report and Recommendation of Magistrate Judge Saporito. (Doc. No. 10.) No timely objections have been filed. **ACCORDINGLY**, on this 13th day of October 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 10), of Magistrate Judge Saporito;

2. Petitioner's 28 U.S.C. § 2241 petition for a writ of habeas corpus (Doc. No. 1), is **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk of Court is directed to close the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
